IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED

JAN - 2 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA, ex rel.,
JOSEPH VIEL,

COMMONWEALTH OF VIRGINIA, ex rel.,
JOSEPH VIEL,

STATE OF NORTH CAROLINA, ex rel.,
JOSEPH VIEL,

      Plaintiffs,

v.

EASTERN SHORE AMBULANCE, INC.
d/b/a FIRST MED, INC.,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:11cv301

**FILED UNDER SEAL**
**31 U.S.C. § 3730(b)(2)&(3)**

## CONSENT ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on the Defendant's Motion to Dismiss the Complaint [Dkt.

No. 15] for lack of service in accordance with Local Rule 4(A), Rule 4(m) of the Federal Rules of

Civil Procedure, and this Court's Ex Parte Order of August 13, 2012 [Dkt. No. 13] directing the

Relator to serve the Complaint on the Defendant.

The United States, the Commonwealth of Virginia, the State of North Carolina, and their

respective counsel, having filed a Notice of Election to Decline Intervention [Dkt. No. 12] on or

about August 20, 2012, consent to the dismissal of the Complaint, without prejudice, as indicated by

their endorsements on this order. The Relator, Joseph Viel, by his counsel, likewise consents to the

dismissal of the Complaint, without prejudice, as indicated by his counsel's endorsement on this

order.

Accordingly, based on the consent of the Parties, the Court hereby GRANTS the Defendant's

Motion and DISMISSES this action, without prejudice.

It is SO ORDERED.

Entered: December 2, 2013
Norfolk, Virginia

Raymond A. Jackson
United States District Judge

_____
United States District Judge Raymond A. Jackson

WE ASK FOR THIS:

_____
M. F. Connell Mullins, Jr. (VSB #47213)
cmullins@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendant Eastern Shore Ambulance, Inc.*

SEEN AND AGREED:

_____
Zachary A. Kitts
VSB # 47052
K&G Law Group PLLC
3554 Chain Bridge Road
Suite 400
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
zkitts@kglawpllc.com
*Counsel for the Relator*

Accordingly, based on the consent of the Parties, the Court hereby GRANTS the Defendant's

Motion and DISMISSES this action, without prejudice.

It is SO ORDERED.


Entered: December ___, 2012
Norfolk, Virginia

_____
United States District Judge Raymond A. Jackson


WE ASK FOR THIS:

_____
M. F. Connell Mullins, Jr. (VSB #47213)
cmullins@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendant Eastern Shore Ambulance, Inc.*


SEEN AND AGREED:


_____
Zachary Alan Kitts, Esq.
K&G Law Group PLLC
3554 Chain Bridge Road
Suite 400
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
zkitts@kglawpllc.com
*Counsel for the Plaintiff*


2

SEEN AND AGREED:


George M. Kelly, III, Esquire (VSB# 13825)
United States Attorney's Office
101 W. Main Street
Suite 8000
Norfolk, Virginia 23510
Phone: 757-441-6331
George.kelley@usdoj.com
*Counsel for the United States*


SEEN AND AGREED:


Adele McDonald Neiburg, Esq.
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
Phone: 804-786-3238
Fax: 804-786-0807
aneiburg@oag.state.va.us
*Counsel for the Commonwealth of Virginia*


SEEN AND AGREED:


Stacy M. Race, Assistant Attorney General
Medicaid Investigations Division
North Carolina Department of Justice
5505 Creedmor Road, Suite 300
Raleigh, NC 27612
(919) 881-2320 (main)
(919) 881-2345 (direct)
(919) 571-4837 (fax)
Srace@ncdoj.com
*Counsel for the State of North Carolina*

3

SEEN AND AGREED:

_____
George M. Kelly, III, Esquire
United States Attorney's Office
101 W. Main Street
Suite 8000
Norfolk, Virginia 23510
Phone: 757-441-6331
George.kelley@usdoj.com
*Counsel for the United States*

SEEN AND AGREED:

_____
Adele McDonald Neiburg, Esq.
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
Phone: 804-786-3238
Fax: 804-786-0807
aneiburg@oag.state.va.us
*Counsel for the Commonwealth of Virginia*

SEEN AND AGREED:

_____
Stacy M. Race, Assistant Attorney General
Medicaid Investigations Division
North Carolina Department of Justice
5505 Creedmor Road, Suite 300
Raleigh, NC 27612
(919) 881-2320 (main)
(919) 881-2345 (direct)
(919) 571-4837 (fax)
Srace@ncdoj.com
*Counsel for the State of North Carolina*

3